■ AIG DKR Soundshore Holdings, Ltd., et al., Respondents, v Erland E. Kailbourne et al., Defendants, and James Rigas et al., Appellants. [764 NYS2d 358] —Appeal from order, Supreme Court, New York County (Ira Gammerman, J.), entered on or about March 25, 2003, which, inter alia, directed that defendants-appellants appear for deposition within 30 days, unanimously dismissed as moot, without costs.

As a result of subsequent orders issued by the United States Bankruptcy Court for the Southern District of New York, entered May 15, 2003 (see In re Adelphia Communications Corp., 293 BR 337 [SD NY 2003]), and Supreme Court on or about June 25, 2003, the depositions of the defendants-appellants, which are the subject of this appeal, have been stayed rendering the appeal moot. Concur—Andrias, J.P., Saxe, Sullivan, Rosenberger and Marlow, JJ.

■ In the Matter of Robert T. Wolf (Admitted as Robert Thomas Wolf), a Suspended Attorney. [765 NYS2d 772] —Receivers authorized to represent respondent with respect to the fee dispute in question. No opinion. Concur—Buckley, P.J., Nardelli, Tom, Mazzarelli and Andrias, JJ.

■ In the Matter of Richard K. Kim (Admitted as Richard Kwang-Ho Kim), a Disbarred Attorney. [765 NYS2d 772] —Petitioner reinstated as an attorney and counselor-at-law in the State of New York, effective the date hereof. No opinion. Concur—Tom, J.P., Sullivan, Rosenberger, Ellerin and Williams, JJ.

■ In the Matter of Sonya Latimore (Admitted as Sonya Whitten Latimore), a Suspended Attorney. [765 NYS2d 773] —Motion for leave to appeal to the Court of Appeals and for other relief denied. No opinion. Concur—Mazzarelli, J.P., Andrias, Saxe, Sullivan and Lerner, JJ.